IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MICHELLE A. LANKFORD                                              PLAINTIFF

                    v.                    Civil No. 06-5167

LINDA S. MCMAHON,[1]
Commissioner, Social Security Administration                     DEFENDANT

## MEMORANDUM AND ORDER

Now on this 7th day of February 2007, there is pending before the undersigned, the

Defendant's Motion To Remand, filed herein on February 5, 2007, by the Commissioner of Social

Security (hereinafter "Commissioner") (Doc. #11).  To date, no Response has been filed by the

plaintiff.

In the instant motion, the defendant asserts that reversal of her decision, and remand of this

matter are necessary, in that the Commissioner wishes to conduct further administrative

proceedings.  Specifically, the Commissioner states:

> The Commissioner has concluded that remand for further proceedings, pursuant to
> sentence four of 42 U. S. C. § 405(g), is warranted.  Upon remand, allegations of
> pain and other symptoms should be considered by the Administrative Law Judge
> in determining whether Plaintiff had an impairment that was severe as of her date
> last insured. (citations omitted).  The proper step-two severity standard should be
> applied and set forth in both the text and findings of the new decision.  SSR 96-3p.
> The opinions of Plaintiff's treating physicians, including the March 2005 post-
> decision letter from treating physician Christopher A. Arnold, M. D. (Tr. 162),
> should be considered.
>
> (Doc. #11).

Further, the Commissioner submits that this matter may be reversed and remanded pursuant

---

[1] Linda S. McMahon became the Social Security Commissioner on January 20, 2007.
Pursuant to Rule 25(d)(1) of  the Federal Rules of Civil Procedure, Linda S. McMahon has
been substituted for acting Commissioner Jo Anne  B. Barnhart as the defendant in this suit.

to sentence four, 42 U.S.C. § 405(g).  (Doc. #11).  Sentence four provides:

> The court shall have the power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the [Commissioner], with or without remanding the cause for a rehearing.

42 U.S.C. § 405(g).

Accordingly, we conclude that the defendant's motion requesting reversal of the decision and remand is well taken.  The Commissioner's decision is reversed and this matter is hereby remanded, pursuant to sentence four, 42 U.S.C. § 405(g), for further proceedings.  In addition, the undersigned finds that the plaintiff's Complaint should be and hereby is dismissed without prejudice to the subsequent filing for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.  A separate Judgment shall be entered herein pursuant to Fed. R. Civ. P. 58 and 52.

IT IS SO ORDERED.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE