IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MICHELLE A. LANKFORD                                                      PLAINTIFF

      v.                              Civil No. 06-5167

LINDA S. MCMAHON,[1]
Commissioner, Social Security Administration                    DEFENDANT

## JUDGMENT

    Comes now the Court on this 7th day of February 2007, in accordance with the Memorandum and Order filed in the above styled case on today's date, and hereby considers, orders and adjudges that the Commissioner's Motion To Remand, is granted. (Doc. #11). The decision of the Commissioner of Social Security is reversed and this matter is remanded to the Commissioner, pursuant to sentence four, 42 U.S.C. § 405(g).

    Counsel is reminded that, in view of the United States Supreme Court decision, *Shalala v. Schaefer*, 113 S.Ct. 2625, 125 L.Ed.2d 239 (1993), a petition for attorney's fees under the Equal Access to Justice Act must be filed within 30 days from the date this Judgment becomes final.

    IT IS SO ORDERED.

                                                  /s/ *J. Marschewski*
                                                HON. JAMES R. MARSCHEWSKI
                                                UNITED STATES MAGISTRATE JUDGE

---

[1] Linda S. McMahon became the Social Security Commissioner on January 20, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Linda S. McMahon has been substituted for acting Commissioner Jo Anne B. Barnhart as the defendant in this suit.