IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MICHELLE A. LANKFORD                                                                PLAINTIFF

v.                              CIVIL NO. 06-5167

MICHAEL J. ASTRUE,[1] Commissioner
Social Security Administration                                                      DEFENDANT

**O R D E R**

On May 4, 2007, plaintiff filed a petition for attorney's fees pursuant to 28 U.S.C. § 2412, the Equal Access to Justice Act (EAJA), requesting compensation for 27.70 hours of work before the court at an hourly rate of $144.00.  (Doc. # 14).  On May 18, 2007, the defendant filed a response objecting to counsel's hourly rate because counsel failed to provide any explanation of the consumer price index attached to her motion or a cost of living calculation.  (Doc. # 15).

Attorney's fees may not be awarded in excess of $125.00 per hour - the maximum statutory rate under § 2412(d)(2)(A) - unless the court finds that an increase in the cost of living or a special factor such as the limited availability of qualified attorneys justifies a higher fee.  28 U.S.C. § 2412(d)(2)(A).  The hourly rate may be increased when there is uncontested proof of an increase in the cost of living sufficient to justify hourly attorney's fees, such as a copy of the Consumer Price Index (CPI).  Plaintiff's counsel submitted a CPI but did not address the need for an increase in the allowed hourly rate due to a cost of living increase in his supporting brief,

---

[1] Michael J. Astrue became the Social Security Commissioner on February 12, 2007.  Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue has been substituted for Commissioner Jo Anne B. Barnhart as the defendant in this suit.

a statutory requirement. Plaintiff's counsel has until May 29, 2007, to amend her motion to include the proper language addressing the cost of living increase. Defendant will then have ten days to respond to plaintiff's amended motion.

In the future, along with the submission of the CPI, plaintiff's counsel is reminded that he is statutorily required to specifically discuss why he should be granted an increase in the established hourly rate.

IT IS SO ORDERED this 21st day of May 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE